# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 11-9559 |
| | ) | |
| v. | ) | |
| | ) | |
| U. S. ENVIRONMENTAL PROTECTION AGENCY and LISA JACKSON, Administrator, U.S. EPA, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

## ENTRY OF APPEARANCE AND
## CERTIFICATE OF INTERESTED PARTIES

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for WildEarth Guardians, Petitioner in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies that she is submitting herewith a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

Respectfully submitted October 3, 2011.

*/s/ Ashley D. Wilmes*
Ashley D. Wilmes
WildEarth Guardians
827 Maxwell Avenue, Suite L
Boulder, Colorado 80304
Tel. 505.988.9126 x1304
awilmes@wildearthguardians.org

Attorney for Petitioner WildEarth Guardians

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of this ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES were served on the following individuals via U.S. certified mail, return receipt requested, on October 3, 2011.

Lisa Jackson
Administrator, U.S. Environmental Protection Agency
1200 Pennsylvania Ave. NW
Washington, D.C. 20460

Correspondence Control Unit
Office of General Counsel (2311)
U.S. Environmental Protection Agency
1200 Pennsylvania Ave. NW
Washington, D.C. 20460

Attorney General Eric Holder
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

U.S. Attorney
District of Colorado
1225 17th Street, Suite 300
Denver, CO 80202

/s/ Ashley D. Wilmes

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| WILDEARTH GUARDIANS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> U. S. ENVIRONMENTAL PROTECTION ) <br> AGENCY and LISA JACKSON, ) <br> Administrator, U.S. EPA, ) <br> ) <br> Respondents. ) | Case No. 11-9559 |

## CERTIFICATE OF INTERESTED PARTIES

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation:

Public Service Company of Colorado, d/b/a Xcel Energy
1800 Larimer Street, Suite 1100
Denver, CO 80202,

Colorado Department of Public Health and Environment
4300 Cherry Creek Drive South
Denver, CO 80246