# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| WILDEARTH GUARDIANS, <br><br> Petitioner, <br><br> v. <br><br> U. S. ENVIRONMENTAL PROTECTION AGENCY and LISA JACKSON, Administrator, U.S. EPA, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) No. 11-9559 <br> ) Petition for Review <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE AND
## CERTIFICATE OF INTERESTED PARTIES

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for Respondents United States Environmental Protection Agency ("EPA") and Lisa Jackson, Administrator, U.S. EPA, in the above-captioned petition for review.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies that any interested parties and/or attorneys not otherwise disclosed have heretofore been disclosed to the court.

                                                    Respectfully submitted,
                                                    IGNACIA S. MORENO
                                                    Assistant Attorney General
                                                    Environment & Natural Resources Division

Dated: October 13, 2011        By:    /s/ Christina L. Richmond

CHRISTINA L. RICHMOND
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3376
(202) 514-8865 (fax)
Christina.Richmond2@usdoj.gov

*Counsel for Respondents*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on October 13, 2011 via the Court's electronic case filing system, which will send notice of such filing via email to the persons listed below:

Ashley D. Wilmes
WildEarth Guardians
827 Maxwell Avenue, Suite L
Boulder, Colorado 80304
(505) 988-9126
awilmes@wildearthguardians.org

*Counsel for Petitioner WildEarth Guardians*

/s/ *Christina L. Richmond*
Christina L. Richmond