UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| WILDEARTH GUARDIANS, <br><br> Petitioner <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and LISA JACKSON, Administrator, U.S. EPA, <br><br> Respondents, <br><br> PUBLIC SERVICE COMPANY OF COLORADO, d/b/a/ XCEL ENERGY INC., <br><br> Intervenor. | Case No. 11-9559 |

    In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Public Service Company of Colorado, d/b/a Xcel Energy, Appellee/Respondent in the subject case(s).

    Further, in accordance with 10th Cir. R. 46.1, the undersigned certify as follows: **(Check one.)**

X    Attached to this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

    There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| A. Kent Mayo, BAKER BOTTS L.L.P. <br> Name of Counsel <br><br> *[signature]* <br> Signature of Counsel <br><br> 1299 Pennsylvania Ave., N.W., Washington, D.C. 20004 <br> Mailing Address <br><br> (202) 639-1122 <br> Telephone Number <br><br> kent.mayo@bakerbotts.com <br> E-Mail Address | Michael Heister, BAKER BOTTS L.L.P. <br> Name of Counsel <br><br> *[signature]* <br> Signature of Counsel <br><br> 1299 Pennsylvania Ave., N.W., Washington, D.C.20004 <br> Mailing Address <br><br> (202) 639-1140 <br> Telephone Number <br><br> michael.heister@bakerbotts.com <br> E-Mail Address |

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Petitioner<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LISA JACKSON, Administrator, U.S. EPA,<br><br>Respondents,<br><br>PUBLIC SERVICE COMPANY OF COLORADO, d/b/a/ XCEL ENERGY INC.,<br><br>Intervenor. | Case No. 11-9559 |

**Certificate of Interested Parties**

---

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D).

1. Pursuant to 10th Cir. R. 46.1(D)(1) & (2), Public Service Company of Colorado ("Public Service") states as follows:

    a. There are no parties to this action that are not listed in the caption of the notice of appeal.

    b. The State of Colorado is not a party but has an interest in this action because it issued the Title V operating permit at issue in this proceeding.

2. Pursuant to 10th Cir. R. 46.1(D)(2) and Fed. R. App. P. 26.1, Public Service previously submitted its Corporate Disclosure Statement on October 19th, 2011 (ECF No. 9911931).

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of October, 2011, I electronically filed the foregoing Entry of Appearance and Certificate of Interested Parties with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Ashley D. Wilmes
WildEarth Guardians
827 Maxwell Avenue, Suite L
Boulder, CO 80304
(505) 988-9126 x1304
awilmes@wildearthguardians.org

Christina L. Richmond
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3376
Christina.Richmond2@usdoj.gov

                                                    /s/ A. Kent Mayo
                                        A. Kent Mayo
                                        Baker Botts L.L.P.
                                        1299 Pennsylvania Ave., N.W.
                                        Washington, D.C. 20004-2400
                                        (202) 639-1122
                                        *Attorney for Public Service Company of Colorado*

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that all required privacy redactions have been made (i.e., none) and that no hard copies of the foregoing Entry of Appearance and Certificate of Interested Parties are required to be submitted to the Clerk's office. I further certify that this digital submission has been scanned for viruses with Microsoft Forefront Security version 1.5.1996, most recently updated on October 27, 2011, and according to the program, is free of viruses.

*[signature]*

A. Kent Mayo
Baker Botts L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
(202) 639-1122
*Attorney for Public Service Company of Colorado*